IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:97-CR-00029-H

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　　**ORDER**
ERNEST RAY GREEN,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　)

This matter is before the court on defendant's "Motion For Temporary Restraining Order With Injunction and Show Cause," which the court construes as a motion seeking the court to order the Bureau of Prisons to cease withholding fines from his earnings. During the term of incarceration, payment of all fines is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Defendant's motion [DE #46] is hereby DENIED.

This 1st day of April 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MALCOLM J. HOWARD
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, N.C.
#26