IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:97-CR-29-1H
No. 4:16-CV-12-H

ERNEST RAY GREEN,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

In light of the Supreme Court's recent decision in <u>Welch v. United States</u>, __ U.S. __, No. 15-6418, 2016 WL 1551144 (U.S. Apr. 18, 2016), the court hereby ALLOWS supplemental briefing by the parties pursuant to the following schedule. Petitioner shall have thirty (30) days to file a supplemental brief, to which the government may respond within fifteen (15) days. Petitioner may file a reply within ten (10) days of the government's response.

This 25th day of April, 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34