**U.S.A. vs. Ernest Ray Green**                          **Docket No. 4:97-CR-29-1M**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Ray Green, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding & Abetting, in violation of 18 U.S.C §§ 2113 (a)(d) and 2, and Use and Carry a Firearm During and In Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 30, 1998, to the custody of the Bureau of Prisons for a term of 248 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ernest Ray Green was released from custody on July 19, 2019, at which time the term of supervised release commenced.

On April 24, 2020, a violation report was submitted to the court reporting marijuana use. No action was requested, and the court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Green reported he is interested in completing the Moral Reconation Therapy group that would reduce his chances to recidivate. Moral Reconation Therapy is a cognitive-behavioral treatment system that leads to enhanced moral reasoning, better decision making, and more appropriate behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office: Complete Moral Reconation Therapy group.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/ David W. Leake                         /s/ Cierra M. Wallace
David W. Leake                             Cierra M. Wallace
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           414 Chestnut Street, Suite 102
                                           Wilmington, NC 28401-4290
                                           Phone: 910-679-2034
                                           Executed On: June 16, 2021

## ORDER OF THE COURT

Considered and ordered this ____17____ day of ____June____, 2021, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers, II
Chief U.S. District Judge